ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil No. 02-0836 DSD/SRN

IBEW NO. 292 HEALTH CARE PLAN, ELECTRICAL WORKERS LOCAL NO. 292 PENSION FUND, ELECTRICAL WORKERS LOCAL NO. 292 ANNUITY & 401 (K) FUND, ELECTRICAL WORKERS LOCAL NO. 292 VACATION & HOLIDAY FUND, MINNEAPOLIS ELECTRICAL INDUSTRY BOARD/JATC/LMCC,

Plaintiffs,

vs.

ADM ELECTRIC OF WACONIA, INC.,

Defendant.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE AND ORDER**

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 41(a)(1), the Plaintiffs hereby dismiss the above-captioned action without prejudice.

Dated: August 12, 2002

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By Pamela H Nissen

Pamela Hodges Nissen
Att'y Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

*Attorneys For Plaintiffs*

8-14-02

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

Date: August 13, 2002

The Honorable David S. Doty
Judge of District Court